UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 12-1243 |
| | : | |
| V. | : | CRIMINAL ACTION |
| Judith Vega | : | |
| | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [✓] Reporting, as directed, to U.S. Pretrial Services;
- [ ] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [ ] Mental Health testing/treatment as directed by U.S. Pretrial Services:
- [✓] The defendant shall appear at all future court proceedings;
- [✓] Other: Participate and complete domestic violence program.

/s/ Judith Vega                                12/02/2021
_____   _____
DEFENDANT                                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

/s/ Matthew J. Skahill

MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

DATE  12/2/2021