# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE NO. 21- 1243 |
| V. | ) | CRIMINAL ACTION |
| Judith Vega | ) | ORDER FOR CONTINUANCE PRETRIAL DIVERSION PROGRAM |

This matter having been opened to the Court by attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to allow the United States to properly review and process the defendant's application for the Pretrial Diversion Program, and the Special Assistant United States Attorney, having consented to the form and entry of this Order, and for good and sufficient cause shown.

It is on this 2 day of December , 20 21

ORDERED that this action is continued to February 17, 2022 for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(8), the end of justice served by granting the continuance outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

/s/ Judith Vega
_____
Defendant

/s/ Cristian M. Towers
_____
Defense Counsel

/s/ Megan Thomas
_____
Assistant U.S. Attorney

/s/ Matthew J. Skahill
_____
Honorable Mathew Skahill
U.S. Magistrate Judge

12/2/2021
_____
Date